UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARTIN MARRERO,

                              Plaintiff,

                                                                                    <u>DECISION AND ORDER</u>

                                                                                     08-CV-6237L

                                   v.

ROBERT A. KIRKPATRICK,
DONNA NORTHRUP,
SGT. SINDONI
KAREN BELLAMY,

                              Defendants.
_____

      This Court entered a decision and order dismissing the complaint (Dkt. #12) on October 5, 2009. Plaintiff has now filed a letter-motion (Dkt. #14), which I treat as a motion to reconsider. I direct the defendants to reply to the motion within twenty-one (21) days of entry of this decision and order. In its response, the defendants should deal with plaintiff's claim that he was discriminated against and retaliated against because he had been elected the Inmate Grievance Representative.

      IT IS SO ORDERED.

                                                   _____
                                                     DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
         November 5, 2009.